UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Wilbur F. Thacker II                    :              Case #: 05-63215
      Betty G. Thacker

                                      :              Chapter 13

                                        :              Judge Hoffman Jr.

## <u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 9, 2010                    /s/ Frank M. Pees_____
                                               Frank M. Pees
                                               Chapter 13 Trustee

<u>Name and Address</u>                    <u>Amount</u>
NCO Financial Systems                    $6.85
PO Box 15456
Wilmington, DE  19850-5456